## G. W. BYRD v. WALTON COUNTY.

149 So. 577.

Opinion Filed August 2, 1933.

*W. W. Flournoy*, for Plaintiff in Error;

*D. Stuart Gillis*, for Defendant in Error.

PER CURIAM—This cause having been in due course reached on the docket for disposition and it appearing to the Court that no briefs have been filed herein by plaintiff in error as required by the rules, it is thereupon considered, ordered and adjudged that the writ of error herein be dismissed.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.